UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK BLAKE and BEAU GERTZ

                                                Case No.: 3:24-cv-01359-TJC-PDB

    Plaintiffs,

v.

DAVID GOLDNER, PAUL BURNS,
NANCY OSER, NATHANIEL MOORE,
JEFFREY GLEASON, STEVEN COHEN,
and LINDA KEARNEY,

    Defendants.
_____/

NOTICE OF A RELATED ACTION

In October 2023, Blake Gansborg of Nelson Mullins filed suit against Beau Gertz and Rebecca Gertz (*RightCHOICE Managed Care Inc., v Beau Gertz et. al.* Case No.: 2023CV33163 District Court, Denver County, CO, 2023) and recorded a *lis pendens* to cloud the title on Rebecca Gertz's home, making it impossible for her to sell or refinance her property (*see* Ex. 1).

Nelson Mullins also represents Defendants Steven Cohen and Linda Kearney, both high-ranking, in-house lawyers for the RICO Enterprise, Elevance Health, the sole owner of RightCHOICE. Mr. Gansborg sought to foreclose the lien and seize Rebecca's home for the benefit of Elevance Health. Mr. Gansborg filed false pleadings with the Colorado court in an effort to

falsely assert that the underlying lawsuit was not barred by the applicable statute of limitations.

Plaintiffs initially brought this related action to the Court's attention on October 21, 2024. *See United States of America v Nestor Rojas,* Case No.: 3:20-cr-00086-TGH-SJH, Doc. 1180, at pages 12–13 (M.D. Fla. 2020). *See Id.* at 12 n.3.

> Blake A. Gansborg of Nelson Mullins informed Mrs. Gertz whom is a non-party to this matter that Blue Cross had spent over $150,000 and will not stop until they take her house and all of Beau Gertz's assets even if they have to go to the United States Supreme Court. She was also told "that this was nothing personal, just business."

This coercive conduct and threat of homelessness was exerted on multiple occasions, both prior to and during the trial as a pretext to place enormous pressure on Rebecca Gertz to induce Plaintiff Beau Gertz to settle.

As a result of the false pleadings Mr. Gansborg filed, the case went to trial on May 12, 2025. The following day, the court entered a directed verdict in favor of the Gertz family. (*see* Ex. 2).

Under Colorado Revised Statutes § 18-5-114, it is a criminal offense to knowingly present or offer a written instrument containing materially false information for recording with the intent to defraud. A violation in the first degree involves knowingly offering a false instrument related to property or contractual relationships with intent to defraud and is classified as a Class 5

2

felony. A violation in the second degree involves knowingly offering a false instrument without the intent to defraud and is classified as a Class 2 misdemeanor.

In *People v. Norman*, 703 P.2d 1261 (Colo. 1985), the Colorado Supreme Court reaffirmed that intent to defraud may be inferred from conduct and from the circumstances of the case.

To date, neither Defendant Steven Cohen nor Linda Kearney have instructed the RICO Enterprise to remove the *lis pendens* on Mrs. Gertz's home. The Gertz family has filed a bar complaint in Colorado against Mr. Gansborg and has made a criminal referral.

Respectfully submitted this 30th day of May 2025.

>By: */s/ Mark Blake*
>Mark Blake
>MARK T. BLAKE, LL.M. P.A.
>914 Poinciana Lane
>Winter Park, FL 32789
>(813) 480-6828
>marktblake@aol.com

By: /s/ Howard Foster
Howard Foster
FOSTER PC
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
(312) 726-1600
hfoster@fosterpc.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

/s/ Mark Blake