## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

MARK BLAKE and BEAU GERTZ

    Plaintiffs,

Case No.: 3:24-cv-01359-TJC-PDB

v.

DAVID GOLDNER et. al.,

    Defendants.

_____/

## UNOPPOSED MOTION TO WITHDRAW RESPONSE TO GOLDNER'S SUPPLEMENTAL AUTHORITY

Plaintiffs, Mark Blake and Beau Gertz, respectfully move this Court for entry of an Order directing the Clerk to withdraw and remove from the docket Plaintiffs' *Response to Goldner's Notice of Supplemental Authority* (Doc. 70), which was filed on August 23, 2025.

In support, Plaintiffs state:

1. On August 23, 2025, Plaintiffs filed a Response to Goldner's Notice of Supplemental Authority (Doc. 70).

2. Under the Local Rules of the Middle District of Florida, responses to supplemental authority are not permitted.

3. To ensure compliance with the Local Rules, Plaintiffs seek leave to withdraw their filing.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this Motion and direct the Clerk to remove Doc. 70 from the docket.

Respectfully submitted this 29th day of August 2025.

> By: */s/ Mark Blake*
> Mark Blake
> MARK T. BLAKE, LL.M. P.A.
> 914 Poinciana Lane
> Winter Park, FL 32789
> (813) 480-6828
> marktblake@aol.com
>
> By: /s/ Howard Foster
> Howard Foster
> FOSTER PC
> 155 N. Wacker Drive, Suite 4250
> Chicago, IL  60606
> (312) 726-1600
> hfoster@fosterpc.com
>
> **Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

> /s/ Mark Blake