# EXHIBIT C

has raised serious questions about what claims were submitted and what the defendants actually submitted.

One of the last witnesses we've heard testified that the 22 code which you've heard so much about, which has been in the briefings, which the testimony has been about -- it turns out that, not only did UnitedHealthcare put that on those bills, but we've now heard that it also happened at Florida Blue.

So I don't think we can really say that there's enough evidence here for the Court to say that there's a conspiracy and that all of these false claims were submitted and the defendants were part of that.

I think there's an easy solution here, which is not to elicit this hearsay testimony at this point in time. There may be a time where Mr. Duva has met that burden. I just don't believe he's done it yet.

MR. DUVA: Your Honor, the contract itself is a business record of Campbellton-Graceville Hospital. I mean, that's -- that's what we're doing in this instance, and then moving off of what Guterman said or did, other than -- he introduced Jorge Perez. And then all these other individuals, Aaron Durall, Christian Fletcher, Jim Porter came into play.

What the defense is trying to do is essentially what they tried to do with the claims data spreadsheet, Judge, don't admit the claims spreadsheet, because they can't lay the

foundation.

We did lay the foundation. It was admitted.

Frankly, if we couldn't admit any of that, we would have to stop, because there would be no trial forward. And now it's the same idea of, Don't let them talk about the beginnings of Campbellton-Graceville, because they haven't established anything.

We need a little latitude to do that once we introduce Jorge Perez, which will probably happen about a minute into Michelle Jordan's testimony tomorrow.

THE COURT: All right. Anything else, Mr. Rafferty?

MR. RAFFERTY: No, Your Honor. Thank you.

THE COURT: All right.

MR. SADOW: On this particular issue, because it's critical, I just want to make sure that the record reflects that as to my client, Christian Fletcher, that we've joined in this objection, particularly in the sense that we don't believe the government's going to be able to show that Christian Fletcher joined any criminal conspiracy as alleged in this case.

THE COURT: Well, I understand that. And I assume all the other defendants join in the objection as well, or would be the beneficiary of whatever the Court's ruling is.

So -- okay. Well I appreciate it. I'm going to think about it overnight. We'll come back and I'll have a